Helen Tenney, appellee, v. Reinhold E. Dinse, appellant. Gen. No. 30,682.

Action for money had and received. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

Alexander J. Innes and Fred B. Silsbee, for appellant. H. T. Fletcher and Charles Hudson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Globe-Wernicke Company, appellant, v. Samuel Friedman et al., appellees. Gen. No. 30,718.

Replevin. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Reversed and judgment for plaintiff here. Opinion filed June 23, 1926.

Edward L. England, for appellant. McBride & Brenner, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Boyda Dairy Company, appellee, v. James Walsh, appellant. Gen. No. 30,729.

Action for damage to vehicle by collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

William L. Hart, for appellant; William L. Hart and Joseph P. Brodie, of counsel. Abraham Lepine, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

New Netherland Bank of New York, appellee, v. Albert Harris and Isaac Cohen, copartners, trading as Albert Harris & Cohen, appellants. Gen. No. 30,745.

Action to recover percentage of claim under composition agreement with bankrupt. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. B. Lane, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 23, 1926.

David Jetzinger, for appellants. Levinson, Hoffman & Rein, for appellee; Calmon R. Golder, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Miner T. Ames, appellee, v. Walter W. Ross, appellant. Gen. No. 30,471.

Action upon promissory note. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926. Rehearing denied July 24, 1926.

Loucks, Eckert & Peterson and Walter W. Ross, for appellant. Alden, Latham & Young, for appellee; Charles Martin, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.